1 | JORDAN ETH (BAR NO. 121617)
JUDSON E. LOBDELL (BAR NO. 146041)
2 | MORRISON & FOERSTER LLP
425 Market Street
3 | San Francisco, California 94105-2482
Telephone: (415) 268-7000
4 | Facsimile: (415) 268-7522

5 | Attorneys for Defendants
SUNPOWER CORPORATION,
6 | THOMAS H. WERNER, DENNIS V. ARRIOLA,
EMMANUEL T. HERNANDEZ, AND
7 | MARTY T. NEESE

8

9 | UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | HARRY W. PLICHTA, Individually and on          Case No.:   CV-09-05473 CRB
Behalf of All Others Similarly Situated,
                                                 CLASS ACTION
13 |                        Plaintiff,

14 |        v.

15 | SUNPOWER CORPORATION,
THOMAS H. WERNER, and DENNIS V.
16 | ARRIOLA,

17 |                        Defendants.

18

19 | STEVEN PARRISH, Individually and on          Case No.:   CV-09-05520 CRB
Behalf of All Others Similarly Situated,
                                                 CLASS ACTION
20 |                        Plaintiff,

21 |        v.

22 | SUNPOWER CORPORATION,
THOMAS H. WERNER, and DENNIS V.
23 | ARRIOLA,

24 |                        Defendants.

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
sf-2778316

1  CHENGXIAO CAO, Individually and On
   Behalf of All Others Similarly Situated,
2
                      Plaintiff,
3
4  v.

5  SUNPOWER CORPORATION,
   PRICEWATERHOUSECOOPERS LLP,
   THOMAS H. WERNER, DENNIS V.
6  ARRIOLA, EMMANUEL T. HERNANDEZ,
   and MARTY T. NEESE,
7
                      Defendants.
8

Case No.:    CV-09-05488 BZ

CLASS ACTION

9

10          **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
                     TO RESPOND TO COMPLAINT**
11

12          WHEREAS, the above-captioned actions are securities class action lawsuits, governed by

13  the Private Securities Litigation Reform Act of 1995, against SunPower Corporation ("SunPower"),

14  certain of its officers, and PricewaterhouseCoopers LLP (collectively "Defendants");

15          WHEREAS, these three actions are related cases within the meaning of Northern District of

16  California Civil Local Rule 3-12;

17          WHEREAS, the parties expect the actions will be consolidated pursuant to Federal Rule of

18  Civil Procedure 42(a);

19          WHEREAS, the Court is expected to designate a Lead Plaintiff, who shall designate a law

20  firm or law firms to serve as Lead Plaintiff's counsel pursuant to 15 U.S.C. § 77aa(a)(3)(B)(v)

21  and/or 5 U.S.C. § 78u-4(a)(3)(B)(v);

22          WHEREAS, the designated Lead Plaintiff will file a Consolidated Complaint for the

23  consolidated action, which will become the operative complaint and shall supersede all complaints

24  previously filed in these actions;

25          WHEREAS, it would be duplicative and a waste of judicial resources for Defendants to

26  respond to the individual complaints previously filed in these actions before Lead Plaintiff files a

27  Consolidated Complaint.

28  / / /

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
sf-2778316                          1

1        IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as follows:

2      1.    Defendants' undersigned counsel hereby accept service of the Complaints filed herein

3  on behalf of Defendants;

4      2.    Defendants shall not be required to answer or otherwise respond to the individual

5  complaints previously filed in these actions;

6      3.    Defendants shall answer or otherwise respond to a Consolidated Complaint after

7  meeting and conferring with Lead Plaintiff regarding scheduling, or as ordered by the Court.

8  SO STIPULATED.

9      Dated: December 17, 2009

10                              MORRISON & FOERSTER LLP
                              JORDAN ETH

11                              JUDSON E. LOBDELL
                              425 Market Street

12                              San Francisco, CA 94105

13                        By: _____ /s/ Jordan Eth
                                 JORDAN ETH

14

15                            Counsel for Defendants SunPower Corp.,
                         Thomas H. Werner, Dennis V. Arriola,

16                          Emmanuel T. Hernandez and Marty T. Neese

17                          LATHAM & WATKINS LLP
                         MATTHEW RAWLINSON

18                          MILES RUTHBERG
                         140 Scott Drive

19                          Menlo Park, CA 94025

20

21                      By: _____ /s/ Matthew Rawlinson
                              MATTHEW RAWLINSON

22                        Counsel for Defendant

23                        PricewaterhouseCoopers LLP

24  / / /

25  / / /

26  / / /

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
sf-2778316                          2

1    COUGHLIN STOIA GELLER RUDMAN &
     ROBBINS LLP
     SHAWN A. WILLIAMS
2    100 Pine Street, Suite 2600
     San Francisco, CA 94111
3
     DARREN J. ROBBINS
4    DAVID C. WALTON
     CATHERINE J. KOWALEWSKI
5    655 West Broadway, Suite 1900
     San Diego, CA 92101
6
7    By:    /s/ Catherine J. Kowalewski
                  CATHERINE J. KOWALEWSKI
8
     Counsel for Plaintiff Harry W. Plichta
9

10   GLANCY BINKOW & GOLDBERG LLP
     LIONEL Z. GLANCY
11   MICHAEL GOLDBERG
     1801 Avenue Of The Stars, Suite 311
12   Los Angeles, CA 90067

13
     By:    /s/ Michael Goldberg
14                 MICHAEL GOLDBERG

15   Counsel for Plaintiff Steven Parrish

16
     KAHN SWICK & FOTI, LLC
17   LEWIS S. KAHN
     650 Poydras Street, Suite 2150
18   New Orleans, LA 70130

19   HAGENS BERMAN SOBOL SHAPIRO LLP
     REED R. KATHREIN
20   PETER E. BORKON
     715 Hearst Avenue, Suite 202
21   Berkeley, CA 94710

22
     By:    /s/ Lewis S. Kahn
23                 LEWIS S. KAHN

24
     Counsel for Plaintiff Chengxiao Cao
25

26   / / /

27   / / /

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
sf-2778316                           3

1                                  *        *

2        PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4     Date:  DEC 2 2 2009

                                          UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
sf-2778316                               4